IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

```
UNITED STATES OF AMERICA      : CRIMINAL ACTION
                              :
           v.                 : NO. 1:11-CR-239-2-CAP-ECS
                              :
ROBERT PEREZ-MENDOZA          :
```

### ORDER CERTIFYING READY FOR TRIAL

It appearing that there are no further pretrial or discovery matters to bring before the undersigned, it is therefore **ORDERED** that this **DEFENDANT** be and is hereby **CERTIFIED** as ready for trial.[1]

**SO ORDERED**, this 14th day of May, 2012.

*S/ E. CLAYTON SCOFIELD III*
E. CLAYTON SCOFIELD III
UNITED STATES MAGISTRATE JUDGE

---

[1] This Court observes that this defendant has been indicted with additional defendants and that matters pertaining to such co-defendants are still pending. Pursuant to 18 U.S.C. §3161 (h)(7)(B)(ii) (the Speedy Trial Act), the time for commencing the trial of these defendants may be stayed until such time as all defendants have been certified ready for trial. Hence, it is not necessary to place the above-named defendant's case on the calendar for trial at this time.

AO 72A
(Rev.8/82)